IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Meyer, Gretchen E | Case Number: 06 B 08215 |
|---|---|
| | Judge: Squires, John H |
| Printed: 02/24/09 | Filed: 7/11/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Completed: January 22, 2009
Confirmed:    August 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 41,610.00 | |
| Secured: | | 12,324.40 |
| Unsecured: | | 24,307.38 |
| Priority: | | 0.00 |
| Administrative: | | 2,500.00 |
| Trustee Fee: | | 2,337.58 |
| Other Funds: | | 140.64 |
| Totals: | 41,610.00 | 41,610.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,500.00 | 2,500.00 |
| 2. | Chicago Municipal Employees CU | Secured | 12,324.40 | 12,324.40 |
| 3. | Resurgent Capital Services | Unsecured | 4,722.34 | 4,722.34 |
| 4. | Chase Bank | Unsecured | 2,649.65 | 2,649.65 |
| 5. | ECast Settlement Corp | Unsecured | 243.19 | 243.19 |
| 6. | Specialized Management Consultants | Unsecured | 1,309.14 | 1,309.14 |
| 7. | Chicago Municipal Employees CU | Unsecured | 5,719.35 | 5,719.35 |
| 8. | Chicago Municipal Employees CU | Unsecured | 7,550.02 | 7,550.02 |
| 9. | ECast Settlement Corp | Unsecured | 272.28 | 272.28 |
| 10. | ECast Settlement Corp | Unsecured | 1,008.91 | 1,008.91 |
| 11. | Premier Bankcard | Unsecured | 832.50 | 832.50 |
| 12. | Aero Advance Financial Inc | Unsecured | | No Claim Filed |
| 13. | Borrow Cash Now | Unsecured | | No Claim Filed |
| 14. | Bank One | Unsecured | | No Claim Filed |
| 15. | United Cash Loans | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | Cash Transfers Center | Unsecured | | No Claim Filed |
| 19. | Illinois Bone & Joint Institute | Unsecured | | No Claim Filed |
| 20. | Pay Day OK | Unsecured | | No Claim Filed |
| 21. | One Click Cash | Unsecured | | No Claim Filed |
| 22. | Physicians Management Solution | Unsecured | | No Claim Filed |
| 23. | Interim | Unsecured | | No Claim Filed |
| 24. | University of Illinois | Unsecured | | No Claim Filed |
| 25. | Xpress Cash | Unsecured | | No Claim Filed |
| | | | $ 39,131.78 | $ 39,131.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Meyer, Gretchen E

Printed: 02/24/09

Case Number:  06 B 08215
Judge:  Squires, John H
Filed:  7/11/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 31.58 |
| 4.8% | 307.56 |
| 5.4% | 1,196.69 |
| 6.5% | 521.01 |
| 6.6% | 280.74 |
| | $ 2,337.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: